IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


GARY J. LYON, Pro Se and
JEANNE G. LYON, Pro Se,

        Plaintiffs,

  vs.                                                       No. CIV 08-1114 LFG/RLP

ESTEBAN A. AGUILAR, Sr., Esq.,
AGUILAR LAW OFFICES, P.C.,
and DOES I-IX,

        Defendants.


## ORDER AUTHORIZING PLAINTIFF
## GARY J. LYON TO FILE ELECTRONICALLY

THIS MATTER is before the Court on Plaintiffs' Motion/Petition Requesting the Court Allow Pro Se Litigants to File Electronically [Doc. 21], filed July 10, 2009. No response is necessary.

*Pro Se* Plaintiff Gary J. Lyon asserts that he has been issued a CM/ECF account ID and password, along with a PACER account ID and password. The Court will permit Gary J. Lyon to file electronically in this case. If Plaintiff Jeanne G. Lyon wishes to file documents electronically, she must register as an electronic filer pursuant to CM/ECF Administrative Procedure Manual, Section 3(b)(3).

IT IS THEREFORE ORDERED that Plaintiffs' Motion/Petition Requesting the Court Allow Pro Se Litigants to File Electronically [Doc. 21] is granted in part. The Court will allow Gary J. Lyon to file documents electronically in this case conditioned on Gary J. Lyon complying with all Court requirements related to electronic filing by *pro se* litigants.


                                                */s/ Lorenzo F. Garcia*
                                                Lorenzo F. Garcia
                                                Chief United States Magistrate Judge