IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARY J. LYON and
JEANNE G. LYON,

      Plaintiffs/Counter Defendants,

  vs.                                    CIVIL NO.  08-1114 LFG/DJS

ESTEBAN A. AGUILAR, SR.,
AGUILAR LAW OFFICES, P.C,,
and DOES I-X,

      Defendants/Counter Claimants.

## JUDGMENT

    The Court having granted all of Defendants' Motions for Summary Judgment, and finding that Defendants' counterclaim against Plaintiffs must be dismissed,

    JUDGMENT IS HEREBY ENTERED in favor of Defendants on all of Plaintiffs' claims and in favor of Plaintiffs on Defendants' counterclaim.

                                                        *Lorenzo F. Garcia*
                                                        Lorenzo F. Garcia
                                                        United States Magistrate Judge